IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO




Civil Action No. 07-cv-02274-BNB

DONALD J. ANDERSON,

    Applicant,

v.

STERLING CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Donald J. Anderson, currently is confined at an unspecified facility in Colorado Springs, Colorado. He initiated this action by submitting *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

In an order entered on October 26, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Anderson to cure a deficiency in the case within thirty days. Specifically, Mr. Anderson was directed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing.

Mr. Anderson has failed within the time allowed to cure the designated deficiency as directed, i.e., he has failed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a

"certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action also notes this requirement. The October 26, 2007, order warned Mr. Anderson that if he failed to cure the designated deficiency within the time allowed, the application would be denied and the action would be dismissed without further notice. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 5 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02274-BNB

Donald J. Anderson
Prisoner No. 96867
PO Box 661
Colorado Springs, CO 80901

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/10/07

                                          GREGORY C. LANGHAM, CLERK

                                       By: _____
                                                  Deputy Clerk